# Third District Court of Appeal
## State of Florida

Opinion filed July 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0456
Lower Tribunal Nos. F12-26644A, F12-27886

_____

**Daron E. Sneed,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Daron E. Sneed, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.